## No. 10A465. Log Cabin Republicans, Applicant v. United States, et al.

562 U.S. 1038, 131 S. Ct. 589, 178 L. Ed. 2d 430, 2010 U.S. LEXIS 8807.

November 12, 2010. Application to vacate the stay entered by the United States Court of Appeals for the Ninth Circuit on November 1, 2010, presented to Justice Kennedy, and by him referred to the Court, denied.

Justice Kagan took no part in the consideration or decision of this application.

## No. 10-5610. Jorge Pulido-Islas, Petitioner v. United States.

562 U.S. 1038, 131 S. Ct. 596, 178 L. Ed. 2d 430, 2010 U.S. LEXIS 8950.

November 15, 2010. On petition for writ of certiorari to the United States Court of appeals for the Fifth Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 376 Fed. Appx. 418.

## No. 10-6347. Christopher A. Odom, Petitioner v. Mt. Pleasant Police Department Insurance Policy Holder, et al.

562 U.S. 1038, 131 S. Ct. 600, 178 L. Ed. 2d 430, 2010 U.S. LEXIS 8994.

November 15, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed.

See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 389 Fed. Appx. 210.

## No. 10-6403. Thelma Williams, Jr., Petitioner v. Correctional Officer Hardin, et al.

562 U.S. 1039, 131 S. Ct. 603, 178 L. Ed. 2d 430, 2010 U.S. LEXIS 8943.

November 15, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

## No. 10-6404. Thelma Williams, Jr., Petitioner v. L. Hicks, et al.

562 U.S. 1039, 131 S. Ct. 604, 178 L. Ed. 2d 430, 2010 U.S. LEXIS 8987.

November 15, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

## No. 10-6422. Ernest Miller, Petitioner v. California.

562 U.S. 1039, 131 S. Ct. 604, 178 L. Ed. 2d 430, 2010 U.S. LEXIS 8866.

November 15, 2010. Motion of petitioner for leave to proceed in forma paup-

eris denied, and petition for writ of certiorari to the Supreme Court of California dismissed. See Rule 39.8.